THE STATE v. STUBBS, *Appellant*.

Division Two, June 13, 1893.

**Practice in Supreme Court:** BILL OF EXCEPTIONS. Where no bill of exceptions was filed in a criminal cause and no error appears in the record proper, the judgment will be affirmed on appeal.

*Appeal from Oregon Circuit Court.*—HON. W. N. EVANS, Judge.

AFFIRMED.

*R. F. Walker*, Attorney General, for the state.

No exceptions having been saved by the defendant to the action of the trial court in overruling his motions for new trial and in arrest, this cause should be determined upon the record. No error appearing from the record, the cause must be affirmed.

BURGESS, J.—The defendant was charged by an indictment returned at the March term, 1891, of the Douglass circuit court, with murder in the first degree,

with having shot and killed one Harvey De Marian Linscott. The cause was continued until the September term, 1891, when the defendant's application for a change of venue was granted, and the cause transferred to the Oregon circuit court.

At the February term, 1892, of the Oregon circuit court, the defendant was tried and convicted of manslaughter in the fourth degree, and his punishment assessed at a fine of $100 and three months' imprisonment in the county jail. After unsuccessful motions for a new trial and in arrest, he appealed to this court.

There has been no bill of exceptions filed, or attempted to be filed, in this court. And there being no error apparent upon the record, the judgment must be affirmed, and it is so ordered. All concur.